FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 28  AM 10: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| KAREN DEEN, JUDITH KNIGHT, CYNTHIA HILL, JOE DRIVER, JOYCE BOWEN and MARY KENNEDY,<br><br>    Plaintiffs,<br><br>vs.<br><br>WYETH, INC. f/k/a American Home Products Corporation,<br><br>    Defendant. | Case No.: 2:04 cv 2281 Ma/V |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THE PARTIES HEREBY STIPULATE, as evidenced by the signatures of counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), to the dismissal of this action with prejudice. It is further stipulated and agreed by and between the parties, that they have fully compromised and settled their dispute, having entered into a final settlement agreement.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that this action is hereby dismissed with prejudice. Each party shall bear its own costs and counsel fees.

APPROVED AND SO ORDERED:

_____
DISTRICT JUDGE

DATE: December 27, 2005

AGREED TO:

*[signature]* w/ permission
TRJ

Paul Berry Cooper III, Esq.
Timothy R. Holton, Esq.
DEAL, COOPER & HOLTON, PLLC
296 Washington Ave.
Memphis, Tennessee 38103

*Counsel for Plaintiffs*

*[signature]*

Timothy R. Johnson, Esq.
Jennifer M. Eberle, Esq.
BASS, BERRY & SIMS PLC
The Tower at Peabody Place
100 Peabody Place
Suite 900
Memphis, Tennessee 38103

Samuel L. Felker, Esq.
BASS, BERRY & SIMS PLC
315 Deaderick Street
AmSouth Center
Suite 2700
Nashville, Tennessee 37328-3001

*Counsel for Defendant Wyeth*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02281 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Timothy R. Holton
DEAL COOPER & HOLTON PLLC
296 Washington Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT